# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. André M. Espinosa |
| v. | : | Mag. No. 25-11080 |
| LEONARDO BORRERO | : | **CRIMINAL COMPLAINT** |

I, Christopher Doukas, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**SEE ATTACHMENT A**

I further state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, and that this complaint is based on the following facts:

**SEE ATTACHMENT B**

Continued on the attached page and made a part hereof:

_____
Christopher Doukas
Special Agent, Bureau of Alcohol,
Tobacco, Firearms and Explosives

Special Agent Doukas attested to this Complaint via telephone pursuant to F.R.C.P. 4.1 on this 14th day of March, 2025, in the District of New Jersey.

_____
Honorable André M. Espinosa
United States Magistrate Judge

## ATTACHMENT A

### COUNT ONE
(Firearms Trafficking)

In or around the week of January 12, 2025, in Passaic County, in the District of New Jersey and elsewhere, the defendant,

**LEONARDO BORRERO,**

did knowingly and willfully ship, transport, transfer, cause to be transported, and otherwise dispose of a firearm to another person in or otherwise affecting interstate and foreign commerce, knowing and with reason to believe that the use, carrying, or possession of a firearm by the recipient would constitute a felony.

In violation of Title 18, United States Code, Section 933(a)(1).

## COUNT TWO
(Possession with Intent to Distribute Fentanyl)

In or around the week of February 16, 2025, in Passaic County, in the District of New Jersey and elsewhere, the defendant,

**LEONARDO BORRERO,**

did knowingly and intentionally possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

**ATTACHMENT B**

      I, Christopher Doukas, am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, the statements of individuals, and my review of reports, documents, and other items of evidence. Because this Complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where statements of others are related herein, they are related in substance and part. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

      1.    In or around the week of January 12, 2025, an undercover law enforcement officer ("UC-1") purchased two loaded firearms from Leonardo Borrero ("BORRERO") at a location in Passaic County, New Jersey in exchange for a sum of currency. These firearms included a Smith & Wesson SD9 VE 9x19mm handgun bearing serial number FCZ0241 that was manufactured outside of New Jersey and a Glock-style privately made firearm bearing no serial number. Both firearms had magazines capable of holding more than 15 rounds of ammunition. Prior to the transaction, UC-1 told BORRERO via text message that he planned to sell these firearms, including to individuals in Chicago, Illinois.

      2.    Between the transaction referenced in paragraph 1 and other transactions in New Jersey in 2024 and 2025, UC-1 purchased more than a dozen firearms from BORRERO, including more than a half dozen firearms with magazines capable of holding more than 15 rounds of ammunition, more than one firearm that was reported stolen, and more than one firearm with an obliterated serial number.

      3.    In or around the week of February 16, 2025, UC-1 arranged to purchase 15 "bricks"[1] of fentanyl from BORRERO at a location in Passaic County, New Jersey. Subsequently, UC-1 acquired 15 "bricks" at the designated location in exchange for a sum of currency. The bricks contained a substance that field tested positive for fentanyl.

---

1    A "brick" is a term commonly used to refer to fifty glassine envelopes – each containing approximately one dose of heroin or fentanyl – packaged together for street-level distribution.